13-2541-cr
<u>United States v. Watkins</u> (REDACTED)<sup>*</sup>

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

### <u>SUMMARY ORDER</u>

**(REDACTED VERSION)**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand fifteen.

PRESENT: DENNIS JACOBS,
        RAYMOND J. LOHIER, JR.,
                <u>Circuit Judges</u>,
        FRANK P. GERACI, JR.,<sup>**</sup>
                <u>District Judge</u>.

- - - - - - - - - - - - - - - - - - - - - -X

**UNITED STATES OF AMERICA,**
        <u>**Appellee**</u>,

        **-v.-**                    **13-2541-cr**

---

<sup>*</sup>    An unredacted version of this summary order has been filed under seal.

<sup>**</sup>    Chief Judge Frank P. Geraci, Jr., of the United States District Court for the Western District of New York, sitting by designation.

**EMORY WATKINS,**
       **Defendant-Appellant.**[***]

- - - - - - - - - - - - - - - - - - - - -X

**FOR APPELLANT:**                  JULIA PAMELA HEIT, Law Office of Julia Heit, New York, New York.

**FOR APPELLEE:**                   ALEXANDER A. SOLOMON (Peter A. Norling, on the brief), for Loretta E. Lynch, U.S. Attorney for the Eastern District of New York, New York, New York.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Wexler, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the sentence in Count Two is **VACATED.** This matter is **REMANDED FOR RESENTENCING** consistent with this summary order.

Emory Watkins appeals from the judgment of the United States District Court for the Eastern District of New York (Wexler, J.), sentencing him to a three-year term of imprisonment for conspiracy to commit robbery and a consecutive five-year term of imprisonment for a related firearms offense. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

[REDACTED.]

For the foregoing reasons, we hereby **VACATE** the sentence in Count Two and **REMAND FOR RESENTENCING** consistent with this summary order.

                                  FOR THE COURT:
                                  CATHERINE O'HAGAN WOLFE, CLERK

---

[***] The Clerk of Court is respectfully directed to amend the official caption in this case to conform with the caption above.